JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-7623 PA (RZx) | Date | June 18, 2009 |
|---|---|---|---|
| Title | Randall K. Kilgore v. Mason A. Dinehart, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **IN CHAMBERS - ORDER**

Before the Court is a Stipulation of Dismissal Without Prejudice filed by the parties. The Court construes the Stipulation as a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The action is dismissed without prejudice pursuant to the stipulation of the parties.

IT IS SO ORDERED.

:

Initials of Preparer